IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| IN Re: BEXTRA and CELEBREX<br>MARKETING SALES PRACTICE, AND<br>PRODUCT LIABILITY LITIGATION<br><br>_____<br><br>**This document relates to Henry Newton Routh<br>and Ruth Ella Routh** | )<br>)<br>)  MDL 1699<br>)<br>)<br>)<br>)  **05-5161 CRB**<br>)  **(Transfer Case)** |

## STIPULATION

It is hereby stipulated by and between all parties, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), that the claims of Plaintiffs Henry Newton Routh and Ruth Ella Routh in this action are dismissed **with prejudice** with each side bearing its own attorneys' fees and costs.

By: _____
Wendy R. Fleishman
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Ph: (212) 355-9500, Fax: (212) 355-9592
wfleishman@lchb.com
Attorneys for Plaintiffs

Dated: 8/28/09

By: _____/s/ Loren Brown_____
Loren H. Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Ph: (212) 335-4846
Attorney for Defendants

Dated: 9/08/2009

28762.00841.933917.1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 16, 2009    _____
Hon. Charles R. Breyer
United